**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02855-CMA-KMT

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, an Indiana corporation,

    Plaintiff,

v.

SHARON MARCHIOL,

    Defendant.

## ORDER OF JUDGMENT

This matter is before the Court on Plaintiff The Lincoln National Life Insurance Company's "Motion for Entry of Default Judgment." (Doc. # 10.) Having reviewed the motion, and being fully advised in the premises, the Court finds that entry of default judgment in favor of Plaintiff is appropriate.

Accordingly, it is ORDERED that judgment is entered in favor of Plaintiff The Lincoln National Life Insurance Company and against Defendant Sharon Marchiol in the amount of $2,202,832.80, plus interest at the rate of 8% *per annum* on all unpaid amounts from October 28, 2010 until paid in full by the Defendant.

It is FURTHER ORDERED that Plaintiff shall have its costs by filing a Bill of Costs with the Clerk of the Court within 14 days of the date of this order.

    DATED:  February __29__, 2012

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge