IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-02855-CMA-KMT

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, an Indiana corporation,

 Plaintiff,

v.

SHARON MARCHIOL,

 Defendant.

## ORDER FOR WARRANT

 Pursuant to the Court's Order To Show Cause (Doc. # 40), dated February 22, 2013, it is

 ORDERED that an arrest warrant shall issue forthwith for the arrest of Plaintiff Sharon Marchiol.

 DATED: March __18__, 2013

            BY THE COURT:

            *Christine M. Arguello*

            CHRISTINE M. ARGUELLO
            United States District Judge