**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02855-CMA-KMT

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, an Indiana corporation,

    Plaintiff,

v.

SHARON MARCHIOL,

    Defendant.

## ORDER FOR WARRANT

    Pursuant to the Court's Order To Show Cause (Doc. # 40), dated February 22, 2013, it is

    ORDERED that an arrest warrant shall issue forthwith for the arrest of Plaintiff Sharon Marchiol.

    DATED:  March __18__, 2013

                                                     BY THE COURT:

                                                     *[signature]*

                                                     CHRISTINE M. ARGUELLO
                                                     United States District Judge